UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 92-14019-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

   Plaintiff,

v.

KENNETH GILLEY,

   Defendant.
_____/

FILED by _____ D.C.

OCT 31 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## REPORT AND RECOMMENDATION ON SUPERSEDING PETITION ALLEGING VIOLATIONS OF SUPERVISED RELEASE

**THIS CAUSE** having come on to be heard for an evidentiary hearing on October 31, 2008, in respect to the Superseding Petition alleging violations of supervised release, and at the outset of this hearing, counsel for the Defendant having announced that the Defendant wishes to admit the violations with certain modifications agreed upon by the government, this Court recommends to the District Court as follows:

　　1.　　Counsel for the Defendant and counsel for the government agreed that in respect to Violation Numbers 1, 2 and 3 as listed in the Superseding Petition, that the Defendant would admit that he was arrested, pled, and was sentenced in respect to each of the offenses set forth in those violations. In doing so, the Defendant effectively is not admitting the commission of the underlying criminal offenses set forth in those three violations even though he was admitting to his arrest, pleas, and sentencings in respect to each of those criminal cases. This Court will set forth each violation thereunder and explain exactly what the Defendant what admitted.

2. In respect to Violation Numbers 4 and 5, the Defendant admitted those as they are presently set forth in the Superseding Petition.

3. This Court would point out to the District Court that the government and the Defendant's Probation Officer were present at this hearing and agreed to the modifications in respect to Violation Numbers 1, 2 and 3.

4. The Defendant was placed under oath and questioned in respect to each violation. The violations as set forth in the Superseding Petition will be re-stated as follows with the exact conduct that the Defendant admitted following each violation:

**Violation Number 1**   **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about October 23, 2005, in Flagler County, Florida, the defendant did commit the offense of Robbery, contrary to 812.13(C), Florida Statutes. On March 31, 2006, the defendant pled nolo contendere in Docket No. 05-847-CFFA and was sentenced to five (5) years state prison, followed by a period of 10 years probation.

In respect to Violation Number 1, the Defendant admitted that he was arrested, pled nolo contendere, and was sentenced in the case described in Violation Number 1.

**Violation Number 2**   **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about October 23, 2005, in Flagler County, Florida, the defendant did commit the offense of Aggravated Battery of a Law Enforcement Officer, contrary to 784.07, Florida Statutes. On March 31, 2006, the defendant pled nolo contendere in Docket No. 05-847-CFFA and was sentenced to five (5) years state prison, followed by 10 years probation.

2

In respect to Violation Number 2, the Defendant admitted that he was arrested, pled nolo contendere, and was sentenced in the case described in Violation Number 2.

| | |
|---|---|
| **Violation Number 3** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about September 17, 2005, in Palm Beach County, Florida, the defendant did commit the offense of Attempted Burglary of a Conveyance, contrary to 810.021(3)(d) Florida Statutes. On December 7, 2006, the defendant pled guilty in Docket No. 05-015094-CF and was sentenced to 60 months state prison to run concurrent with 05--847-CFFA. |

In respect to Violation Number 3, the Defendant admitted that he was arrested, pled guilty, and was sentenced in the case described in Violation Number 3.

| | |
|---|---|
| **Violation Number 4** | **Violation of Standard Condition**, by failing to submit a truthful and complete written monthly report within the first five (5) days of each month. The defendant has failed to submit a written monthly report for the months of October and November 2005. |

The Defendant admitted Violation Number 4 as set forth in the Superseding Petition without any modification.

| | |
|---|---|
| **Violation Number 5** | **Violation of Standard Condition**, by associating with a person who is a convicted felon without the permission of the U.S. Probation Officer. On or about October 23, 2005, the defendant knowingly associated with Eric Bernard Lawrence, black/male, 07/25/1971, FBI #702072JA4, convicted in the Western District of Kentucky on September 12, 1992, of the offense of Assault with a Dangerous Weapon on a U.S. Government Reservation. |

The Defendant admitted Violation Number 5 as set forth in the Superseding Petition without any modification.

5. The Defendant acknowledged that he understood his rights to an evidentiary hearing in this case and that by admitting these violations he would be waiving those rights. The Defendant also acknowledged that by admitting these violations he would be waiving the rights associated with such a hearing including presentation of witnesses and evidence, cross-examination of witnesses, deciding whether to testify in his own behalf or not, and generally requiring the government to prove these violations.

6. The Defendant acknowledged that no one had made any promises or inducements to have him admit these violations. The Defendant acknowledged that he is guilty of these violations as specifically set forth on the record and that is why he is admitting them.

**ACCORDINGLY**, this Court recommends to the District Court that based upon the Defendant's admissions to Violation Numbers 1, 2, 3, 4 and 5, as modified, and as set forth in the Superseding Petition for violations of supervised release pending against him, that the Defendant be found to have violated his supervised release and that a sentencing hearing be held at the earliest convenience of the District Court for final disposition.

The parties shall have ten (10) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, United States District Judge assigned to this case.

**DONE AND SUBMITTED** this ___31___ day of October, 2008, at Ft. Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

cc:
AUSA Carlos Wells
AFPD Dave Lee Brannon
U.S. Probation
U.S. Marshal