UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 92-14019-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

KENNETH GILLEY,

    Defendant(s).
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Frank J. Lynch's Report and Recommendation on Superseding Petition Alleging Violation of Probation, issued October 31, 2008. After review of the record and having received no objections thereto, it is

ORDERED AND ADJUDGED that Magistrate Judge Lynch's Report and Recommendation issued is hereby **ADOPTED**. Defendant is found to have violated his probation in regards to Violation Numbers 1, 2, 3, 4 and 5, as modified, and set forth in the Superseding Petition. A sentencing hearing has been scheduled for December 1, 2008 at 10:30 a.m.

DONE AND ORDERED in Chambers, at Miami, Florida, this 19th day of November, 2008.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record